IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02871-LTB

JUSTIN EUGENE BARNES,

    Plaintiff,

v.

COLORADO MENTAL HEALTH INSTITUTE IN PUEBLO,
CLAUDE BLEVINS, Patient,
BIRGIT FISHER, Superintendent, Institute of Mental Health in Pueblo, and
UNNAMED STAFF MEMBERS WARD E-1,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 3, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 3rd day of December, 2014.

                         FOR THE COURT,

                         JEFFREY P. COLWELL, Clerk

                         By: s/D. Kalsow
                            Deputy Clerk